# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> VISUAL LAND, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-1127-GMS <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF MAILING

I, Benjamin A. Smyth, declare as follows:

1. I am an attorney at the law firm of McCarter & English, LLP, counsel to Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation in this action.

2. Defendant Visual Land, Inc. is an entity having a principal place of business at 17785 Center Court Dr., Suite 670, Cerritos, CA 90703.

3. On December 8, 2015, true and correct copies of the Summons, Complaint and related documents were sent by Federal Express overnight delivery pursuant to 10 *Del. C.* § 3104 to Visual Land, Inc., 17785 Center Court Dr., Suite 670, Cerritos, CA 90703. *See* Exhibit A.

4. On December 9, 2015 McCarter & English, LLP received notification that Visual Land, Inc. received said documents on December 9, 2015. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| DATED: December 10, 2015 | MCCARTER & ENGLISH, LLP |
| | |
| | /s/ Benjamin A. Smyth |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | Benjamin A. Smyth (#5528) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| | mkelly@mccarter.com |
| | dsilver@mccarter.com |
| | bsmyth@mccarter.com |
| | |
| OF COUNSEL: | *Attorneys for Plaintiffs* |

Michael P. Sandonato
John D. Carlin
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100
msandonato@fchs.com
jcarlin@fchs.com