**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, </br></br>          Plaintiffs, </br></br>   v. </br></br> VISUAL LAND, INC. </br></br>          Defendants. | C.A. No. 15-1127-GMS </br></br> JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR AN EXTENSION
OF DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT**

Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips"), by and through their undersigned counsel, hereby move for an order extending the deadline for Defendant Visual Land, Inc. ("Visual Land") to answer, move or otherwise respond to the Complaint for Patent Infringement (D.I. 1) through and including Friday, February 26, 2016 from (Friday, January 29, 2016). The additional time has been requested for Visual Land to further consider the allegations in the complaint and prepare a response.

Visual Land has not yet retained Delaware counsel, but its out-of-state counsel has consented to this motion.

2

| | |
|---|---|
| DATED: January 29, 2016 | MCCARTER & ENGLISH, LLP |
| | /s/ Daniel M. Silver_____<br>Michael P. Kelly (#2295)<br>Daniel M. Silver (#4758)<br>Benjamin A. Smyth (#5528)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300 |
| OF COUNSEL:<br><br>Michael P. Sandonato<br>John D. Carlin<br>Daniel A. Apgar<br>Jonathan M. Sharret<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, New York 10104-3800<br>(212) 218-2100<br>msandonato@fchs.com<br>jcarlin@fchs.com<br>dapgar@fchs.com<br>jsharret@fchs.com | mkelly@mccarter.com<br>dsilver@mccarter.com<br>bsmyth@mccarter.com<br><br>*Attorneys for Plaintiffs* |

## **ORDER GRANTING UNOPPOSED MOTION**

IT IS HEREBY ORDERED that the unopposed motion for an extension of defendant's time to respond to the complaint is granted.

Date:_____     _____
                                  United States District Judge