IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 15-1127-GMS ) ) |
| VISUAL LAND, INC., | ) ) |
| Defendant. | ) ) |

**DEFENDANT VISUAL LAND INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Visual Land Inc. ("Visual Land") certifies that it has no parent company and no publicly held company owns 10% or more of Visual Land's stock.

| | |
|---|---|
| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| Elizabeth Rogers Brannen | /s/ Samantha G. Wilson |
| STRIS & MAHER LLP | Anne Shea Gaza (No. 4093) |
| 725 South Figueroa Street | Samantha G. Wilson (No. 5816) |
| Suite 1830 | Rodney Square |
| Los Angeles, CA 90017 | 1000 North King Street |
| (213) 995-6809 | Wilmington, DE 19801 |
| elizabeth.brannen@strismaher.com | (302) 571-6600 |
| | agaza@ycst.com |
| | swilson@ycst.com |
| | |
| | *Attorneys for Defendant* |

Dated: March 8, 2016

01:18396268.1

112084.1

# **CERTIFICATE OF SERVICE**

I, Samantha G. Wilson, Esquire, hereby certify that on March 8, 2016, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Michael P. Kelly
>Daniel M. Silver
>Benjamin A. Smyth
>MCCARTER & ENGLISH, LLP
>Renaissance Center
>405 N. King Street, 8th Floor
>Wilmington, DE 19801
>*mkelly@mccarter.com*
>*dsilver@mccarter.com*
>*bsmyth@mccarter.com*
>
>*Attorneys for Plaintiffs*

I further certify that on March 8, 2016, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and the following:

>Michael P. Sandonato
>John D. Carlin
>Daniel A. Apgar
>Jonathan M. Sharret
>FITZPATRICK, CELLA, HARPER & SCINTO
>1290 Avenue of the Americas
>New York, NY 10104-3800
>*msandonato@fchs.com*
>*jcarlin@fchs.com*
>*dapgar@fchs.com*
>*jsharret@fchs.com*
>
>*Attorneys for Plaintiffs*

YOUNG CONAWAY STARGATT &
  TAYLOR, LLP

/s/ *Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant*