IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VISUAL LAND, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 15-1127-GMS<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Elizabeth Rogers Brannen and Stris & Maher LLP hereby withdraw their appearance. Young Conaway Stargatt & Taylor, LLP shall continue as counsel for Defendant Visual Land Inc. in this action.

Dated: June 28, 2016

YOUNG CONAWAY STARGATT &
　　TAYLOR, LLP

　/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant*

01:18849443.1

1

## **CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on June 28, 2016, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Michael P. Kelly
>Daniel M. Silver
>Benjamin A. Smyth
>MCCARTER & ENGLISH, LLP
>Renaissance Center
>405 N. King Street, 8th Floor
>Wilmington, DE 19801
>*mkelly@mccarter.com*
>*dsilver@mccarter.com*
>*bsmyth@mccarter.com*
>
>*Attorneys for Plaintiffs*

I further certify that on June 28, 2016, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and the following:

>Michael P. Sandonato
>John D. Carlin
>Daniel A. Apgar
>Jonathan M. Sharret
>FITZPATRICK, CELLA, HARPER & SCINTO
>1290 Avenue of the Americas
>New York, NY 10104-3800
>*msandonato@fchs.com*
>*jcarlin@fchs.com*
>*dapgar@fchs.com*
>*jsharret@fchs.com*
>
>*Attorneys for Plaintiffs*

                    YOUNG CONAWAY STARGATT &
                       TAYLOR, LLP

*/s/Adam W. Poff*
Adam W. Poff (No. 3990)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant*

Dated: June 28, 2016