IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 15-1127-GMS ) ) |
| VISUAL LAND, INC., | ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 22, 2106, counsel for Defendant Visual Land Inc. caused to be served **Defendant Visual Land Inc.'s Core Technical Document Production Pursuant to Paragraph 4(b) of the Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI"),** in the above-captioned action, upon the following counsel of record in the manner indicated below:

**BY FTP SITE and HAND DELIVERY:**

Michael P. Kelly
Daniel M. Silver
Benjamin A. Smyth
MCCARTER & ENGLISH, LLP
Renaissance Center
405 N. King Street, 8th Floor
Wilmington, DE 19801
*mkelly@mccarter.com*
*dsilver@mccarter.com*
*bsmyth@mccarter.com*

*Attorneys for Plaintiffs*

01:18948240.1

**BY FTP SITE:**

Michael P. Sandonato
John D. Carlin
Jonathan M. Sharret
Daniel A. Apgar
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
*msandonato@fchs.com*
*jcarlin@fchs.com*
*jsharret@fchs.com*
*dapgar@fchs.com*

*Attorneys for Plaintiffs*

PLEASE TAKE FURTHER NOTICE that on July 22, 2016 a true and correct copy of this Notice of Service was caused to be electronically filed with the Clerk of the Court using CM/ECF and served upon all counsel of record by electronic mail.

| | |
|---|---|
| Dated: July 22, 2016 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | */s/ Samantha G. Wilson* |
| | Adam W. Poff (No. 3990) |
| | Anne Shea Gaza (No. 4093) |
| | Samantha G. Wilson (No. 5816) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, DE 19801 |
| | (302) 571-6600 |
| | apoff@ycst.com |
| | agaza@ycst.com |
| | swilson@ycst.com |
| | |
| | *Attorneys for Defendant* |