IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASUSTeK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL,<br><br>    Defendants. | C.A. No. 15-1125-GMS |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>HTC CORP. and<br>HTC AMERICA, INC.<br><br>    Defendants. | C.A. No. 15-1126-GMS |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>VISUAL LAND, INC.,<br><br>    Defendant. | C.A. No. 15-1127-GMS |
| U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>SOUTHERN TELECOM INC., | C.A. No. 15-1128-GMS |

|  |  |
|---|---|
| Defendant. ) | |
| ) | |
| KONINKLIJKE PHILIPS N.V. and ) | |
| U.S. PHILIPS CORPORATION, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 15-1130-GMS |
| ) | |
| DOUBLE POWER TECHNOLOGY, INC., ) | |
| ZOWEE MARKETING CO., LTD., and ) | |
| SHENZEN ZOWEE TECH. CO., LTD., ) | |
| ) | |
| Defendants. ) | |
| KONINKLIJKE PHILIPS N.V. and ) | |
| U.S. PHILIPS CORPORATION, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 15-1131-GMS |
| ) | |
| YIFANG USA, INC., d/b/a ) | |
| E-FUN, INC., ) | |
| ) | |
| Defendant. ) | |
| KONINKLIJKE PHILIPS N.V. and ) | |
| U.S. PHILIPS CORPORATION, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 15-1170-GMS |
| ) | |
| ACER INC. and ) | |
| ACER AMERICA CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY ORDERED that:

1. The defendants HTC Corp. and HTC America, Inc.'s Motion to Dismiss for Failure to State a Claim is GRANTED in part and DENIED in part.

2. The plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation are granted leave to amend their complaint in order to correct the pleading deficiencies regarding the contributory infringement claims dismissed by this order.

Dated: October 25, 2016

_____
UNITED STATES DISTRICT COURT