THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., and<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>VISUAL LAND, INC.,<br><br>Defendant.<br><br>MICROSOFT CORPORATION,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>Intervenor-Defendants.<br><br>KONINKLIJKE PHILIPS N.V., and<br>U.S. PHILIPS CORPORATION,<br><br>Intervenor-Defendants/Counterclaim<br>Plaintiffs in Intervention,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Intervenor-Plaintiff/Counterclaim<br>Defendant in Intervention.<br><br>AND<br>MICROSOFT MOBILE Inc.,<br><br>Counterclaim Defendant in<br>Intervention | C.A. No. 15-1127-GMS<br><br>REDACTED PUBLIC VERSION<br>Filed June 2, 2017 |

**DECLARATION OF GARY LU IN SUPPORT OF DEFENDANT VISUAL LAND INC.'S RENEWED MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO STAY OR EXTEND TIME**

I, Gary Lu, declare as follows:

1. I am the Chief Executive Officer of Visual Land, Inc ("Visual Land").

2. I have personal knowledge of the matters stated below and, if called as a witness to testify, could do so competently under oath.

3. In my position as Chief Executive Office, I am familiar with the location of Visual Land's operations and employees in the United States.

4. Visual Land is incorporated in California.

5. Visual Land's principal place of business is in Cerritos, California.

6. Visual Land has no offices, warehouses, retail locations, other facilities, or employees located in Delaware.

7. Visual Land is a small company ████████████████████████████.
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████ ███████████████████████████
████████████████████████████████████████████
█████████████████████████.

8. ███████████████████████████████████████████
████████████████████████████████████████████████████
████████.

2

9. ███████████████████████████████████

███ At the same time, Mr. Palanca served as Visual Land's office manager as well as a graphic designer.

10. ███████████████████████████████████
███████████████████████████████████
███████████████

11. ███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
█████

12. ███████████████████████████████████
███████████████████████████████████
█████

13. Mr. Palanca's employment at Visual Land terminated in April 2017. To date, Visual Land has not hired or designated another employee for his office and graphic designer duties.

14. ███████████████████████████████████
███████████████████████████████████
███████████████████████████████
███████████████████████████████

3

15. ███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
████████████

16. ███████████████████████████████
███████████████████████████████
████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Cerritos, California on May 25, 2017

*/s/ Gary Lu*

Gary Lu
Chief Executive Officer, Visual Land Inc.

# CERTIFICATE OF SERVICE

I, Samantha G. Wilson, Esquire, hereby certify that on May 25, 2017, I caused to be electronically filed a true and correct copy of the foregoing sealed document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following counsel of records:

>Michael P. Kelly
>Daniel M. Silver
>Benjamin A. Smyth
>MCCARTER & ENGLISH, LLP
>Renaissance Center
>405 N. King Street, 8th Floor
>Wilmington, DE 19801
>*mkelly@mccarter.com*
>*dsilver@mccarter.com*
>*bsmyth@mccarter.com*
>
>Michael P. Sandonato
>John D. Carlin
>Daniel A. Apgar
>Jonathan M. Sharret
>Robert S. Pickens
>Jaime F. Cardenas-Navia
>Christopher M. Gerson
>Joyce L. Nadipuram
>Giancarlo Saccia
>FITZPATRICK, CELLA, HARPER & SCINTO
>1290 Avenue of the Americas
>New York, NY 10104-3800
>*msandonato@fchs.com*
>*jcarlin@fchs.com*
>*dapgar@fchs.com*
>*jsharret@fchs.com*
>*rpickens@fchs.com*
>*jcardenas-navia@fchs.com*
>*cgerson@fchs.com*
>*jnadipuram@fchs.com*
>*gscaccia@fchs.com*
>
>*Attorneys for Plaintiffs*

Steven J. Balick
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
*sbalick@ashby-geddes.com*
*amayo@ashby-geddes.com*

Chad Campbell
Jared W. Crop
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
*cscampbell@perkinscoie.com*
*jcrop@perkinscoie.com*

Judith B. Jennison
Christina McCullough
PERKINS COIE
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
*jjennison@perkinscoie.com*
*cmccullough@perkinscoie.com*

*Attorneys for Intervenor Microsoft Corporation*

I further certify that on May 25, 2017, I caused a copy of the foregoing sealed document to be served on the above-listed counsel by electronic mail.

        YOUNG CONAWAY STARGATT &
          TAYLOR, LLP

        */s/ Samantha G. Wilson*
        Adam W. Poff (No. 3990)
        Anne Shea Gaza (No. 4093)
        Samantha G. Wilson (No. 5816)
        Rodney Square
        1000 North King Street
        Wilmington, DE 19801
        (302) 571-6600
        apoff@ycst.com
        agaza@ycst.com
        swilson@ycst.com

Dated: May 25, 2017

        *Attorneys for Defendant Visual Land, Inc.*

# CERTIFICATE OF SERVICE

I, Samantha G. Wilson, Esquire, hereby certify that on June 2, 2017, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

I further certify that on June 2, 2017, I caused the foregoing document to be served by e-mail upon the following counsel of record:

>Michael P. Kelly
>Daniel M. Silver
>Benjamin A. Smyth
>MCCARTER & ENGLISH, LLP
>Renaissance Center
>405 N. King Street, 8th Floor
>Wilmington, DE 19801
>*mkelly@mccarter.com*
>*dsilver@mccarter.com*
>*bsmyth@mccarter.com*
>
>Michael P. Sandonato
>John D. Carlin
>Daniel A. Apgar
>Jonathan M. Sharret
>Robert S. Pickens
>Jaime F. Cardenas-Navia
>Christopher M. Gerson
>Joyce L. Nadipuram
>Giancarlo Saccia
>FITZPATRICK, CELLA, HARPER & SCINTO
>1290 Avenue of the Americas
>New York, NY 10104-3800
>*msandonato@fchs.com*
>*jcarlin@fchs.com*
>*dapgar@fchs.com*
>*jsharret@fchs.com*
>*rpickens@fchs.com*
>*jcardenas-navia@fchs.com*
>*cgerson@fchs.com*
>*jnadipuram@fchs.com*
>*gscaccia@fchs.com*
>
>*Attorneys for Plaintiffs*

Steven J. Balick
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
*sbalick@ashby-geddes.com*
*amayo@ashby-geddes.com*


Chad Campbell
Jared W. Crop
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
*cscampbell@perkinscoie.com*
*jcrop@perkinscoie.com*

Judith B. Jennison
Christina McCullough
PERKINS COIE
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
*jjennison@perkinscoie.com*
*cmccullough@perkinscoie.com*

*Attorneys for Intervenor Microsoft Corporation*


YOUNG CONAWAY STARGATT &
  TAYLOR, LLP

*/s/ Samantha G. Wilson*
Adam W. Poff (No. 3990)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant*

Dated: June 2, 2017

01:18361652.1