IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., and <br> U.S. PHILIPS CORPORATION, <br>       Plaintiffs, <br><br> v. <br><br> VISUAL LAND, INC., <br>       Defendant. <br><br> MICROSOFT CORPORATION, <br>       Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>       Intervenor-Defendants. <br><br> KONINKLIJKE PHILIPS N.V., and <br> U.S. PHILIPS CORPORATION, <br>       Intervenor-Defendants/Counterclaim <br>       Plaintiffs in Intervention, <br><br> v. <br><br> MICROSOFT CORPORATION, <br>       Intervenor-Plaintiff/Counterclaim <br>       Defendant in Intervention. <br><br> AND <br> MICROSOFT MOBILE Inc., <br>       Counterclaim Defendant in <br>       Intervention | C.A. No. 15-1127-GMS |

## [PROPOSED] ORDER

WHEREAS, Young Conaway Stargatt & Taylor, LLP ("Young Conaway") has moved to withdraw as counsel for Defendant Visual Land Inc. ("Visual Land") in the above-captioned action (the "Motion to Withdraw"); and

WHEREAS, the Court has reviewed the Motion to Withdraw and all responses thereto, and has determined that good cause exists for the relief sought therein;

NOW, THEREFORE, IT IS HEREBY ORDERED this ____ day of _____, 2017, pursuant to D. Del. LR 83.7, that Young Conaway is permitted to withdraw as counsel to Visual Land in the above-captioned action.

IT IS FURTHER ORDERED that Visual Land SHALL RETAIN SUCCESSOR COUNSEL WITHIN THIRTY (30) DAYS of the date of this Order. A corporation such as Visual Land must be represented in court by counsel. Pursuant to D. Del. LR 83.5(e), the failure to timely obtain such representation shall subject the defaulting party to appropriate sanctions under D. Del. LR 1.3(a).

_____
Honorable Gregory M. Sleet
United States District Court Judge