**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>        **Plaintiffs,**<br><br>    v.<br><br>**ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL,**<br><br>        **Defendants.** | Case No.: 15-1125-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>        **Intervenor-Plaintiff,**<br><br>    v.<br><br>**KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>        **Intervenor-Defendants.** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>        **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention**<br><br>    v.<br><br>**MICROSOFT CORPORATION**<br><br>        **Intervenor-Plaintiff/Counterclaim Defendant in Intervention** | |

**AND**

**MICROSOFT MOBILE INC.**

        **Counterclaim Defendant in Intervention**

---

**KONINKLIJKE PHILIPS N.V.,**
**U.S. PHILIPS CORPORATION,**

        **Plaintiffs,**

    v.

**VISUAL LAND, INC.**

        **Defendant.**

Case No.: 15-1127-GMS

JURY TRIAL DEMANDED

**MICROSOFT CORPORATION,**

        **Intervenor-Plaintiff,**

    v.

**KONINKLIJKE PHILIPS N.V.,**
**U.S. PHILIPS CORPORATION,**

        **Intervenor-Defendants.**

**KONINKLIJKE PHILIPS N.V.,**
**U.S. PHILIPS CORPORATION,**

        **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention**

    v.

**MICROSOFT CORPORATION**

|  |  |
|---|---|
| **Intervenor-Plaintiff/Counterclaim Defendant in Intervention**<br><br>AND<br><br>**MICROSOFT MOBILE INC.**<br><br>**Counterclaim Defendant in Intervention** |  |

|  |  |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>        **Plaintiffs,**<br><br>   **v.**<br><br>**DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD.**<br><br>        **Defendants.** | Case No.: 15-1130-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>        **Intervenor-Plaintiff,**<br><br>   **v.**<br><br>**KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>        **Intervenor-Defendants.** |  |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** |  |

|   |   |
|---|---|
| **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention** | |
| v. | |
| **MICROSOFT CORPORATION** | |
| **Intervenor-Plaintiff/Counterclaim Defendant in Intervention** | |
| AND | |
| **MICROSOFT MOBILE INC.** | |
| **Counterclaim Defendant in Intervention** | |

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** | |
| Plaintiffs, | Case No.: 15-1131-GMS |
| v. | JURY TRIAL DEMANDED |
| **YIFANG USA, INC. D/B/A E-FUN, INC.,** | |
| Defendant. | |
| **MICROSOFT CORPORATION,** | |
| Intervenor-Plaintiff, | |
| v. | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** | |
| Intervenor-Defendants. | |

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V.,** **U.S. PHILIPS CORPORATION,**             Intervenor-Defendants/Counterclaim Plaintiffs in Intervention    v. **MICROSOFT CORPORATION**             Intervenor-Plaintiff/Counterclaim Defendant in Intervention **AND** **MICROSOFT MOBILE INC.**             Counterclaim Defendant in Intervention | |
| **KONINKLIJKE PHILIPS N.V.,** **U.S. PHILIPS CORPORATION,**             Plaintiffs,    v. **ACER INC.,** **ACER AMERICA CORPORATION,**             Defendants. | Case No.: 15-1170-GMS JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**             Intervenor-Plaintiff, | |

|  |
|---|
| **v.** |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** |
|        **Intervenor-Defendants.** |

|  |
|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** |
|        **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention** |
|     **v.** |
| **MICROSOFT CORPORATION** |
|        **Intervenor-Plaintiff/Counterclaim Defendant in Intervention** |
| **AND** |
| **MICROSOFT MOBILE INC.** |
|        **Counterclaim Defendant in Intervention** |

**PLAINTIFFS' OPPOSITION TO INTERVENOR MICROSOFT'S RENEWED MOTION TO TRANSFER CLAIMS UNDER 28 U.S.C. § 1404(a)**

In response to Intervenor Microsoft's Renewed Motion to Transfer Claims under 28 U.S.C. § 1404(a) (*see* D.I. 261 in C.A. No. 15-1125), Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") hereby incorporate by reference: (1) their Answering Brief in Opposition To Intervenor Microsoft's Motion to Transfer Claims Under 28 U.S.C. § 1404(a) (*see* D.I. 193 in C.A. No. 15-1125), and (2) their Answering Brief in

6

ME1 26239165v.1

Opposition to Defendants' Renewed Joint Motion to Transfer in C.A. Nos. 15-1125, 15-1126, 15-1131, and 15-1170, which is being filed today.  For the reasons explained therein, Philips respectfully requests that the Court exercise its inherent power and discretion to find that all Microsoft Customer Defendants (ASUS, Acer, Visual Land, YiFang, and Double Power) forfeited their venue defense, and deny Microsoft's motion to transfer the claims and counterclaims by and against Microsoft in C.A. Nos. 15-1125, 1127, 1130, 1131, and 1170 to the Northern District of California.

ME1 26239165v.1

Dated: December 6, 2017

Of Counsel:

Michael P. Sandonato
John D. Carlin
Natalie Lieber
Jonathan M. Sharret
Daniel A. Apgar
Christopher M. Gerson
Jaime F. Cardenas-Navia
Robert S. Pickens
Giancarlo L. Scaccia
Joyce Nadipuram

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
msandonato@fchs.com
jcarlin@fchs.com
nlieber@fchs.com
jsharret@fchs.com
dapgar@fchs.com
cgerson@fchs.com
jcardenas-navia@fchs.com
rpickens@fchs.com
gscaccia@fchs.com
jnadipuram@fchs.com

MCCARTER & ENGLISH, LLP

/s/ *Daniel M. Silver*
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

*Attorneys for Plaintiffs*