# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VISUAL LAND, INC.<br><br>　　　　Defendant. | Case No.: 15-1127-GMS<br><br>JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION,<br><br>　　　　Intervenor-Plaintiff,<br><br>　v.<br><br>KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>　　　　Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>　　　　Intervenor-Defendants/Counterclaim Plaintiffs in Intervention<br><br>　v.<br><br>MICROSOFT CORPORATION<br><br>　　　　Intervenor-Plaintiff/Counterclaim Defendant in Intervention<br><br>AND | |

1

| |
|---|
| **MICROSOFT MOBILE INC.**<br><br>**Counterclaim Defendant in Intervention** |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A TEMPORARY STAY OF PROCEEDINGS AGAINST DEFENDANT VISUAL LAND, INC.

IT IS HEREBY ORDERED this 11th day of _____, 2017, that Plaintiffs' Motion for a Temporary Stay of Proceedings Against Defendant Visual Land, Inc. is GRANTED;

IT IS HEREBY FURTHER ORDERED that all litigation activity between Plaintiffs and Visual Land, Inc. is stayed through and including January 8, 2018; and

IT IS HEREBY FURTHER ORDERED that Plaintiffs and Visual Land, Inc. shall file a status report on January 9, 2018.

_____
THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

ME1 26252984v.1