IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ASUSTEK COMPUTER INC. and <br> ASUS COMPUTER INTERNATIONAL, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-1125-GMS <br> ) <br> ) <br> ) <br> ) <br> ) |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff/Counterclaim Defendant in Intervention, <br><br> AND <br><br> MICROSOFT MOBILE INC., <br><br> Counterclaim Defendant in Intervention. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, ) ) ) Plaintiffs, ) ) v. ) ) VISUAL LAND, INC., ) ) Defendant. ) ) | ) ) ) ) ) ) C.A. No. 15-1127-GMS ) ) ) ) ) ) |
| MICROSOFT CORPORATION, ) ) Intervenor-Plaintiff, ) ) v. ) ) KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, ) ) ) Intervenor-Defendants. ) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, ) ) ) Intervenor- Defendants/Counterclaim Plaintiffs ) in Intervention, ) ) v. ) ) MICROSOFT CORPORATION, ) ) Intervenor-Plaintiff/Counterclaim Defendant in Intervention, ) ) AND ) ) MICROSOFT MOBILE INC., ) ) Counterclaim Defendant in Intervention. ) | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., and SHENZEN ZOWEE TECHNOLOGY CO., LTD., <br><br> Defendants. | C.A. No. 15-1130-GMS |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff/Counterclaim Defendant in Intervention, <br><br> AND <br><br> MICROSOFT MOBILE INC., <br><br> Counterclaim Defendant in Intervention. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> YIFANG USA, INC. D/B/A E-FUN, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-1131-GMS <br> ) <br> ) <br> ) <br> ) <br> ) |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor- <br> Defendants/Counterclaim Plaintiffs <br> in Intervention, <br><br> v. <br><br> MICROSOFT CORPORATION, <br> Intervenor-Plaintiff/Counterclaim <br> Defendant in Intervention, <br><br> AND <br><br> MICROSOFT MOBILE INC., <br><br> Counterclaim Defendant in <br> Intervention. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ACER INC. and ACER AMERICA CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 15-1170-GMS ) ) ) ) ) ) |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff/Counterclaim Defendant in Intervention, <br><br> AND <br><br> MICROSOFT MOBILE INC., <br><br> Counterclaim Defendant in Intervention. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 2, 2018, the following document was served on the persons listed below in the manner indicated as well as by e-mail to philipsprosecutionbar@fchs.com:

1. Microsoft Corporation and Microsoft Mobile Inc.'s Second Set of Interrogatories to Koninklijke Philips N.V. and U.S. Philips Corporation Nos. (5-7)

**BY EMAIL**

| | |
|---|---|
| Michael P. Kelly | Michael P. Sandonato |
| Daniel M. Silver | John D. Carlin |
| Benjamin A. Smyth | Jonathan M. Sharret |
| MCCARTER & ENGLISH, LLP | Robert S. Pickens |
| Renaissance Centre | Jaime F. Cardenas-Navia |
| 405 N. King Street, 8th Floor | Christopher M. Gerson |
| Wilmington, DE 19801 | Joyce L. Nadipuram |
| mkelly@mccarter.com | Giancarlo Scaccia |
| dsilver@mccarter.com | Natalie Lieber |
| bsmyth@mccarter.com | Sean M. McCarthy |
| | Caitlyn N. Bingaman |
| | Nicole Yvonne Stoddard |
| | FITZPATRICK, CELLA, HARPER & SCINTO |
| | 1290 Avenue of the Americas |
| | New York, NY 10104 |
| | (212) 218-2100 |
| | msandonato@fchs.com |
| | jcarlin@fchs.com |
| | jsharret@fchs.com |
| | rpickens@fchs.com |
| | jcardenas-navia@fchs.com |
| | cgerson@fchs.com |
| | jnadipuram@fchs.com |
| | gscaccia@fchs.com |
| | nlieber@fchs.com |
| | smccarthy@fchs.com |
| | cbingaman@fchs.com |
| | ystoddard@fchs.com |

| | |
|---|---|
| | */s/ Karen E. Keller* |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| | Andrew E. Russell (No. 5382) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| | 1105 North Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| OF COUNSEL: | (302) 298-0700 |
| Chad S. Campbell | jshaw@shawkeller.com |
| Jared W. Crop | kkeller@shawkeller.com |
| PERKINS COIE LLP | arussell@shawkeller.com |
| 2901 N. Central Avenue, Suite 2000 | *Attorneys for Intervenor-Plaintiffs Microsoft* |
| Phoenix, AZ 85012 | *Corporation and Microsoft Mobile Inc.* |
| (602) 351-8000 | |

Judith Jennison
Christina McCullough
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

Patrick J. McKeever
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5722

Tiffany P. Cunningham
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603

Sarah E. Stahnke
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304

Dated: January 2, 2018

2