**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>        **Plaintiffs,**<br><br>   v.<br><br>**ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL,**<br><br>        **Defendants.** | Case No.: 15-1125-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>        **Intervenor-Plaintiff,**<br><br>   v.<br><br>**KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>       **Intervenor-Defendants.** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>       **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention**<br><br>   v.<br><br>**MICROSOFT CORPORATION**<br><br>       **Intervenor-Plaintiff/Counterclaim Defendant in Intervention**<br><br>**AND** | |

| | |
|---|---|
| **MICROSOFT MOBILE INC.**<br><br>   **Counterclaim Defendant in Intervention** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>   **Plaintiffs,**<br><br> v.<br><br>**VISUAL LAND, INC.**<br><br>   **Defendant.** | Case No.: 15-1127-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>   **Intervenor-Plaintiff,**<br><br> v.<br><br>**KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>   **Intervenor-Defendants.** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>   **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention**<br><br> v.<br><br>**MICROSOFT CORPORATION**<br><br>   **Intervenor-** | |

| | |
|---|---|
| **Plaintiff/Counterclaim Defendant in Intervention**<br><br>**AND**<br><br>**MICROSOFT MOBILE INC.**<br><br>**Counterclaim Defendant in Intervention** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD.**<br><br>Defendants. | Case No.: 15-1130-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>**KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>Intervenor-Defendants. | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>**Intervenor-** | |

ME1 26380338v.1

|  |  |
|---|---|
| **Defendants/Counterclaim Plaintiffs in Intervention**<br><br>v.<br><br>**MICROSOFT CORPORATION**<br><br>   Intervenor-Plaintiff/Counterclaim Defendant in Intervention<br><br>**AND**<br><br>**MICROSOFT MOBILE INC.**<br><br>   **Counterclaim Defendant in Intervention** |  |

|  |  |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>          **Plaintiffs,**<br><br>     v.<br><br>**YIFANG USA, INC. D/B/A E-FUN, INC.,**<br><br>          **Defendant.** | Case No.: 15-1131-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>          **Intervenor-Plaintiff,**<br><br>     v.<br><br>**KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>          **Intervenor-Defendants.** |  |

ME1 26380338v.1

|   |   |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**  Intervenor-Defendants/Counterclaim Plaintiffs in Intervention  v.  **MICROSOFT CORPORATION**  Intervenor-Plaintiff/Counterclaim Defendant in Intervention  **AND**  **MICROSOFT MOBILE INC.**  Counterclaim Defendant in Intervention | |

|   |   |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**  Plaintiffs,  v.  **ACER INC., ACER AMERICA CORPORATION,**  Defendants. | Case No.: 15-1170-GMS  JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**  Intervenor-Plaintiff, | |

ME1 26380338v.1

|  |  |
|---|---|
| v.<br><br>**KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>      **Intervenor-Defendants.** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>      **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention**<br><br>v.<br><br>**MICROSOFT CORPORATION**<br><br>      **Intervenor-Plaintiff/Counterclaim Defendant in Intervention**<br><br>**AND**<br><br>**MICROSOFT MOBILE INC.**<br><br>      **Counterclaim Defendant in Intervention** | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips" or "Plaintiffs"), by and through their undersigned counsel, will take the deposition upon oral examination of Neil Hinnant in accordance with the date, time, and location

indicated below, or as otherwise mutually agreed upon by counsel for the parties, pursuant to Federal Rules of Civil Procedure 30(b)(1) and 30(b)(6):[1]

| **Deponent** | **Date** | **Location** |
|---|---|---|
| Neil Hinnant | January 19, 2018 | Perkins Coie LLP<br>10885 NE 4th St # 700<br>Bellevue, WA 98004 |

The deposition will be recorded by stenographic means, audiotape, and/or videotape, and will continue from day-to-day until completed. You are invited to attend and cross examine.

---

[1] Neil Hinnant has been designated by Microsoft to testify as a corporate designee for one or more topics set forth in Philips' Rule 30(b)(6) amended deposition notice.

| | |
|---|---|
| Dated: January 3, 2018 | /s/ Daniel M. Silver |
| | MCCARTER & ENGLISH, LLP |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| Michael P. Sandonato | Benjamin A. Smyth (#5528) |
| John D. Carlin | Renaissance Centre |
| Christopher M. Gerson | 405 N. King Street, 8th Floor |
| Jonathan M. Sharret | Wilmington, Delaware 19801 |
| Daniel A. Apgar | (302) 984-6300 |
| Robert S. Pickens | mkelly@mccarter.com |
| Sean M. McCarthy | dsilver@mccarter.com |
| Jaime F. Cardenas-Navia | bsmyth@mccarter.com |
| Joyce L. Nadipuram | |
| FITZPATRICK, CELLA, HARPER & SCINTO | *Attorneys for Plaintiffs* |
| 1290 Avenue of the Americas | |
| New York, New York 10104-3800 | |
| Tel: (212) 218-2100 | |
| Fax: (212) 218-2200 | |
| msandonato@fchs.com | |
| jcarlin@fchs.com | |
| cgerson@fchs.com | |
| jsharret@fchs.com | |
| dapgar@fchs.com | |
| rpickens@fchs.com | |
| smccarthy@fchs.com | |
| jcardenas-navia@fchs.com | |
| jnadipuram@fchs.com | |