IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>ASUSTEK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL,<br><br>      Defendants. | C.A. No. 15-1125-GMS |
| MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff,<br><br>  v.<br><br>KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>      Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>      Intervenor-<br>      Defendants/Counterclaim Plaintiffs<br>      in Intervention,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff/Counterclaim<br>      Defendant in Intervention,<br><br>AND<br><br>MICROSOFT MOBILE INC.,<br><br>      Counterclaim Defendant in<br>      Intervention. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 15-1127-GMS ) |
| VISUAL LAND, INC., | ) ) |
| Defendant. | ) ) ) |
| MICROSOFT CORPORATION, | ) ) |
| Intervenor-Plaintiff, | ) ) |
| v. | ) ) |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) |
| Intervenor-Defendants. | ) ) ) |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) ) ) ) |
| v. | ) ) |
| MICROSOFT CORPORATION, | ) ) |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | ) ) ) |
| AND | ) ) |
| MICROSOFT MOBILE INC., | ) ) |
| Counterclaim Defendant in Intervention. | ) ) ) |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., and SHENZEN ZOWEE TECHNOLOGY CO., LTD., )<br>)<br>)<br>)<br>Defendants. )<br>MICROSOFT CORPORATION, )<br>)<br>Intervenor-Plaintiff, )<br>)<br>v. )<br>)<br>KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, )<br>)<br>Intervenor-Defendants. )<br>KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, )<br>)<br>Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, )<br>)<br>v. )<br>)<br>MICROSOFT CORPORATION, )<br>)<br>Intervenor-Plaintiff/Counterclaim Defendant in Intervention, )<br>)<br>AND )<br>)<br>MICROSOFT MOBILE INC., )<br>)<br>Counterclaim Defendant in Intervention. ) | C.A. No. 15-1130-GMS |

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> YIFANG USA, INC. D/B/A E-FUN, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 15-1131-GMS |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor- <br> Defendants/Counterclaim Plaintiffs <br> in Intervention, <br><br> v. <br><br> MICROSOFT CORPORATION, <br> Intervenor-Plaintiff/Counterclaim <br> Defendant in Intervention, <br><br> AND <br><br> MICROSOFT MOBILE INC., <br><br> Counterclaim Defendant in <br> Intervention. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, )<br>)<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>ACER INC. and ACER AMERICA CORPORATION, )<br>)<br>)<br>  Defendants. )<br> | C.A. No. 15-1170-GMS |
| MICROSOFT CORPORATION, )<br>)<br>  Intervenor-Plaintiff, )<br>)<br>  v. )<br>)<br>KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, )<br>)<br>)<br>  Intervenor-Defendants. )<br> | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, )<br>)<br>)<br>  Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, )<br>)<br>)<br>  v. )<br>)<br>MICROSOFT CORPORATION, )<br>)<br>  Intervenor-Plaintiff/Counterclaim Defendant in Intervention, )<br>)<br>AND )<br>)<br>MICROSOFT MOBILE INC., )<br>)<br>  Counterclaim Defendant in Intervention. )<br> | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 4, 2018, the following document was served on the persons listed below in the manner indicated as well as by email to #philips@fchs.com:

1) Microsoft Corporation and Microsoft Mobile Inc.'s Responses and Objections to Plaintiffs' Amended Notice of Deposition Pursuant to Rule 30(b)(6)

**BY EMAIL**

Michael P. Kelly
Daniel M. Silver
Benjamin A. Smyth
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

Michael P. Sandonato
John D. Carlin
Jonathan M. Sharret
Robert S. Pickens
Jaime F. Cardenas-Navia
Christopher M. Gerson
Joyce L. Nadipuram
Giancarlo Scaccia
Natalie Lieber
Sean M. McCarthy
Caitlyn N. Bingaman
Nicole Yvonne Stoddard
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100
msandonato@fchs.com
jcarlin@fchs.com
jsharret@fchs.com
rpickens@fchs.com
jcardenas-navia@fchs.com
cgerson@fchs.com
jnadipuram@fchs.com
gscaccia@fchs.com
nlieber@fchs.com
smccarthy@fchs.com
cbingaman@fchs.com
ystoddard@fchs.com

|  |  |
|---|---|
| | */s/ Andrew E. Russell* |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| | Andrew E. Russell (No. 5382) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| | 1105 North Market Street, 12th Floor |
| OF COUNSEL: | Wilmington, DE 19801 |
| Chad S. Campbell | (302) 298-0700 |
| PERKINS COIE LLP | jshaw@shawkeller.com |
| 2901 N. Central Avenue, Suite 2000 | kkeller@shawkeller.com |
| Phoenix, AZ 85012 | arussell@shawkeller.com |
| (602) 351-8000 | *Attorneys for Intervenor-Plaintiffs Microsoft Corporation and Microsoft Mobile Inc.* |

Judith Jennison
Christina McCullough
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

Patrick J. McKeever
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5722

Tiffany P. Cunningham
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
(312) 324-8423

Sarah E. Stahnke
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 838-4489

Dated: January 4, 2018