**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1125-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, | ) ) ) ) | |
| Defendants. | ) ) | |
| MICROSOFT CORPORATION, | ) ) ) | |
| Intervenor-Plaintiff, | ) ) | |
| v. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Intervenor-Defendants. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1126-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| HTC CORP., HTC AMERICA, | ) ) ) ) | |
| Defendants. | ) ) | |

ME1 26410347v.1

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., )<br>U.S. PHILIPS CORPORATION, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>VISUAL LAND, INC., )<br>)<br>Defendant. ) | C.A. No. 15-1127-GMS<br><br>JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, )<br>)<br>Intervenor-Plaintiff, )<br>)<br>v. )<br>)<br>KONINKLIJKE PHILIPS N.V., )<br>U.S. PHILIPS CORPORATION, )<br>)<br>Intervenor-Defendants. ) | |
| KONINKLIJKE PHILIPS N.V., )<br>U.S. PHILIPS CORPORATION, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DOUBLE POWER TECHNOLOGY, INC., )<br>ZOWEE MARKETING CO., LTD., )<br>SHENZEN ZOWEE TECHNOLOGY CO., LTD. )<br>)<br>Defendants. ) | C.A. No. 15-1130-GMS<br><br>JURY TRIAL DEMANDED |

2

| | |
|---|---|
| MICROSOFT CORPORATION,         )<br>                                                       )<br>        Intervenor-Plaintiff,    )<br>                                                       )<br>v.                                                        )<br>                                                       )<br>KONINKLIJKE PHILIPS N.V.,         )<br>U.S. PHILIPS CORPORATION,         )<br>                                                       )<br>        Intervenor-Defendants.   )<br>_____)<br>                                                       )<br>KONINKLIJKE PHILIPS N.V.,         )<br>U.S. PHILIPS CORPORATION,         )<br>                                                       )<br>        Plaintiffs,                )<br>                                                       )<br>v.                                                        )<br>                                                       )<br>YIFANG USA, INC. D/B/A E-FUN, INC.   )<br>                                                       )<br>        Defendants.               )<br>_____)<br>MICROSOFT CORPORATION,         )<br>                                                       )<br>        Intervenor-Plaintiff,    )<br>                                                       )<br>v.                                                       )<br>                                                       )<br>KONINKLIJKE PHILIPS N.V.,         )<br>U.S. PHILIPS CORPORATION,         )<br>                                                       )<br>        Intervenor-Defendants.   )<br>_____) | C.A. No. 15-1131-GMS<br><br>JURY TRIAL DEMANDED |

|  |  |  |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1170-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| ACER INC., ACER AMERICA CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) | |
| MICROSOFT CORPORATION, | ) ) ) | |
| Intervenor-Plaintiff, | ) ) | |
| v. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Intervenor-Defendants. | ) ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **PLAINTIFFS' SECOND AMENDED RESPONSES TO DEFENDANTS' SECOND SET OF COMMON INTERROGATORIES (NOS. 3-7)** were caused to be served on January 5, 2018 upon the following counsel in the manner indicated:

4

**VIA EMAIL**

Rodger D. Smith II
Eleanor G. Tennyson
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
Patrick A. Fitch
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
(704) 444-1000

5

Kevin Hardy
Aaron P. Maurer
David M. Krinsky
Christopher A. Suarez
Sanjiv P. Laud
Christopher S. Geyer
Bruce R. Genderson
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
*khardy@wc.com*
*amaurer@wc.com*
*dkrinsky@wc.com*
*csuarez@wc.com*
*slaud@wc.com*
*cgeyer@wc.com*
*bgenderson@wc.com*

*Attorneys for Defendants*
*Asustek Computer Inc. and Asus Computer International*

**VIA EMAIL**

Rodger D. Smith II
Eleanor G. Tennyson
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
Patrick A. Fitch
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

Kai Tseng
Hsiang ("James") H. Lin
Craig Kaufman
TechKnowledge Law Group LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
(650) 517-5200

Bruce R. Genderson
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
*bgenderson@wc.com*

*Attorneys for Defendants*
*Acer, Inc. and Acer America Corporation*

**VIA EMAIL**

John W. Shaw
Karen E. Keller
Andrew E. Russell
Nathan Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*
*nhoeschen@shawkeller.com*

John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700

Ryan McBrayer
Jonathan Putman
Antoine M. McNamara
Steven R. Stark
Tyler C. Peterson
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

*Attorneys for Defendants*
*HTC Corp. and HTC America, Inc.*

**VIA EMAIL**

Karen Jacobs
MORRIS, NICHOLS, ARCHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*kjacobs@mnat.com*

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA 30305
(404) 870-4629
*Bryan.harrison@lockelord.com*

*Attorney for Defendants Double Power Technology, Inc.,*
*Zowee Marketing Co., Ltd. and*
*Shenzen Zowee Technology Co., Ltd.*

**VIA EMAIL**

John W. Shaw
Karen E. Keller
Andrew E. Russell
Nathan Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*
*nhoeschen@shawkeller.com*

Lucian C. Chen
Wing K. Chiu
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 710-3007

*Attorneys for Defendant*
*Yifang USA, Inc. D/B/A E-Fun Inc.*

**VIA EMAIL**

John W. Shaw
Karen E. Keller
Andrew E. Russell
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*

Chad S. Campbell
Jared W. Crop
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 351-8000

Judith Jennison
Christina McCullough
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-8000

Patrick J. McKeever
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
*pmckeever@perkinscoie.com*

Tiffany P. Cunningham
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603

Sarah E. Stahnke
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304

*Attorneys for Intervenor*
*Microsoft Corporation and Microsoft Mobile Inc.*

Dated: January 9, 2018

OF COUNSEL:

Michael P. Sandonato
John D. Carlin
Christopher M. Gerson
Jonathan M. Sharret
Daniel A. Apgar
Robert S. Pickens
Sean M. McCarthy
Jaime F. Cardenas-Navia
Joyce L. Nadipuram
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
msandonato@fchs.com
jcarlin@fchs.com
cgerson@fchs.com
jsharret@fchs.com
dapgar@fchs.com
rpickens@fchs.com
smccarthy@fchs.com
jcardenas-navia@fchs.com
jnadipuram@fchs.com

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

*Attorneys for Plaintiffs*