IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ASUSTEK COMPUTER INC. and <br> ASUS COMPUTER INTERNATIONAL, <br><br> Defendants. | C.A. No. 15-1125-GMS |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff/Counterclaim Defendant in Intervention, <br><br> AND <br><br> MICROSOFT MOBILE INC., <br><br> Counterclaim Defendant in Intervention. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> VISUAL LAND, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-1127-GMS <br> ) <br> ) <br> ) <br> ) <br> ) |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor- <br> Defendants/Counterclaim Plaintiffs <br> in Intervention, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff/Counterclaim <br> Defendant in Intervention, <br><br> AND <br><br> MICROSOFT MOBILE INC., <br><br> Counterclaim Defendant in <br> Intervention. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., and SHENZEN ZOWEE TECHNOLOGY CO., LTD., )<br>)<br>)<br>)<br>Defendants. )<br>)<br>MICROSOFT CORPORATION, )<br>)<br>Intervenor-Plaintiff, )<br>)<br>v. )<br>)<br>KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, )<br>)<br>Intervenor-Defendants. )<br>)<br>KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, )<br>)<br>Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, )<br>)<br>v. )<br>)<br>MICROSOFT CORPORATION, )<br>)<br>Intervenor-Plaintiff/Counterclaim Defendant in Intervention, )<br>)<br>AND )<br>)<br>MICROSOFT MOBILE INC., )<br>)<br>Counterclaim Defendant in Intervention. )<br>) | C.A. No. 15-1130-GMS |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>   Plaintiffs,<br><br> v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>   Defendant. | C.A. No. 15-1131-GMS |
| MICROSOFT CORPORATION,<br><br>   Intervenor-Plaintiff,<br><br> v.<br><br>KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>   Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>   Intervenor-<br>   Defendants/Counterclaim Plaintiffs<br>   in Intervention,<br><br> v.<br><br>MICROSOFT CORPORATION,<br>   Intervenor-Plaintiff/Counterclaim<br>   Defendant in Intervention,<br><br>AND<br><br>MICROSOFT MOBILE INC.,<br><br>   Counterclaim Defendant in<br>   Intervention. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>      Plaintiffs,<br><br>    v.<br><br>ACER INC. and ACER AMERICA CORPORATION,<br><br>      Defendants. | C.A. No. 15-1170-GMS |
| MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff,<br><br>    v.<br><br>KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>      Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>      Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff/Counterclaim Defendant in Intervention,<br><br>AND<br><br>MICROSOFT MOBILE INC.,<br><br>      Counterclaim Defendant in Intervention. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 9, 2018, the following document was served on the persons listed below in the manner indicated as well as by email to philipsprosecutionbar@fchs.com:

1) Microsoft Corporation and Microsoft Mobile Inc.'s Responses and Objections to Plaintiffs' Fourth Set of Interrogatories

**BY EMAIL**
Michael P. Kelly
Daniel M. Silver
Benjamin A. Smyth
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

OF COUNSEL:
Chad S. Campbell
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 351-8000

Judith Jennison
Christina McCullough
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

Patrick J. McKeever
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5722

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
*Attorneys for Intervenor-Plaintiffs Microsoft Corporation and Microsoft Mobile Inc.*

1

Tiffany P. Cunningham
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
(312) 324-8423

Sarah E. Stahnke
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 838-4489

Dated: January 9, 2018