AO 88A  (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  15-1125, 15-1126, 15-1127, 15-1130, 15-1131, 15-1170

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Advanced Micro Devices, Inc.
on *(date)* 01/23/2018.

☑ I served the subpoena by delivering a copy to the named individual as follows: Steve Bigarani, Security Supervisor, 2485 Augustine Drive, Santa, Clara California 95054
on *(date)* 01/23/2018 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 46.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 01/23/2018

*Server's signature*

Len Warren
*Printed name and title*
225 West Winton Avenue #203
Hayward, California 94544

*Server's address*

Additional information regarding attempted service, etc.:

*Steve Bigarani is a Caucasian male, approximately 65 years of age, 5' - 9" in height, 165 pounds with grey and brown eyes.  He wore eyeglasses.  When asked, Steve Bigarani told me that he is authorized to accept service on behalf of Advanced Micro Devices, Inc.  The time of serice was 3:07 p.m.