AO 88A  (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| Koninklijke Philips N.V., U.S. Philips Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   15-1125, 15-1126, 15-1127, |
| | ) | 15-1130, 15-1131, 15-1170 |
| Asustek Computer Inc., et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                                    MediaTek USA, Inc.
                          120 Presidential Way, Woburn, MA 01801
                        *(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

Topics identified in Schedule B.

| Place: 1500 District Avenue, 1st and 2nd Floors, Burlington, MA 01803 OR mutually agreed-upon location | Date and Time: 02/22/2018 9:00 am | OR mutually agreed-upon time |
|---|---|---|

The deposition will be recorded by this method:   audio, video, and/or stenographic means

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
          Documents identified in Schedule A.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    01/23/2018

*CLERK OF COURT*

                                        OR

_____          /s/ Joyce Lee Nadipuram
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Koninklijke Philips
N.V. and U.S. Philips Corporation _____ , who issues or requests this subpoena, are:

Joyce L. Nadipuram, 1290 Avenue of the Americas, New York, NY 10104, jnadipuram@fchs.com, 212-218-2255

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.   15-1125, 15-1126, 15-1127, 15-1130, 15-1131, 15-1170

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*   MediaTek USA, Inc.,

on *(date)*   01/23/2018   .

☑ I served the subpoena by delivering a copy to the named individual as follows:   Jim Farley, Director of

Operations, 120 Presidential Way, Woburn, Massachusetts 01801

_____   on *(date)*   01/23/2018   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$   49.00   .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   01/23/2018

*Server's signature*

Process Server & Disinterested Person

John Roberto
*Printed name and title*
92 State Street, 8th Floor
Boston, Massachusetts 02109

*Server's address*

Additional information regarding attempted service, etc.:

*Jim Farley is a Caucasian male, approximately 55 years of age, 5' - 6" in height, 155 pounds with grey hair.  The time of serice was 4:26 p.m.