## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VISUAL LAND, INC., <br><br> Defendant. | C.A. No. 15-1127-GMS |

### ENTRY OF APPEARANCE

Please enter the appearance of Stephen B. Brauerman of Bayard, P.A., 600 N. King Street, Suite 400, P.O. Box 25130, Wilmington, Delaware 19801, on behalf of Defendant Visual Land, Inc. in the above-captioned action.

January 26, 2018

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Sara E. Bussiere (#5725)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Defendant*
*Visual Land, Inc.*